UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                   :

IN RE AMR CORPORATION         :      22 Civ. 1706 (LGS)

                                                   :       **ORDER**

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 1, 2022, Appellant Lawrence M. Meadows filed a notice of appeal from the bankruptcy court.

      WHEREAS, on March 23, 2022, the Notice of Record of Appeal Availability was filed on the docket.  It is hereby

      **ORDERED** that, per the scheduling order dated March 10, 2022, by **April 22, 2022**, Appellant shall file his opening brief.  By **May 23, 2022**, Appellee shall file its opposition brief.  By **June 6, 2022**, Appellant shall file any reply brief.  Failure to comply with this Order may result in dismissal of the appeal (in the case of the appellant) or consideration of the appeal without an appellee's brief (in the case of the appellee).

      The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant.

Dated: March 24, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE