April 7, 2022

Lawrence M. Meadows, Pro Se Appellant
P.O. Box 4344
Park City, UT 84060
Phone: 516-982-7718
lawrencemeadows@yahoo.com

*Via FedEx to Pro Se Intake Clerk for filing in ECF*

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
c/o Pro Se Intake Clerk
500 Pearl Street, Chamber 1350
NY, NY 10007
Fax: (212) 805-0175

> The application for a stay is **GRANTED**.  This action is stayed pending the resolution of the related bankruptcy appeal.  By **June 2, 2022**, and every forty-five (45) days thereafter, or as soon as the related appeal is decided, whichever is sooner, Appellant shall file a letter advising the status of the related appeal.  If the related appeal has been decided, Appellant shall include in the status letter a proposed joint briefing schedule acceptable to Appellee.  The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant.
>
> Dated: April 12, 2022
>    New York, New York
>
> _____
>    LORNA G. SCHOFIELD
>    UNITED STATES DISTRICT JUDGE

**Re: Letter-Motion Requesting to Vacate Briefing Deadlines and Stay/Adjournment in the matter of;** *Lawrence M. Meadows v. AMR Corporation, et al., Case No. 1:22-Civ-01706 (LGS)*

Dear Honorable Judge Schofield,

I am the Pro Se Appellant in the above referenced SDNY U.S. Bankruptcy Court appeal, and noticed that this Honorable Court has set the Appellant's opening brief deadline for April 22, 2022. (Doc 6).

Your honor is also currently presiding over parallel Appeal #1-21-Civ-09819, which involves the exact same underlying case and parties. On March 3, 2022, you granted my Letter-Motion to stay that matter, pending final resolution of another parallel and controlling bankruptcy court appeal, SDNY Case No. 18-cv-6149. ("EEOC Appeal"), which has been fully briefed and argued, but remains open and pending. As explained in my prior Letter-Motion in your Case No. 21-Civ-09819, that EEOC Appeal involves bankruptcy court's underlying 9019 Order which approved the Debtors' EEOC Consent Decree and its associated proof of claim No. 9676, with a settlement amount of $9.95M intended to resolve that EEOC proof of claim. However, that Decree's language explicitly prevents it from becoming effective until the bankruptcy court's Order, *"approving the monetary relief in this Decree becomes become final and non-appealable."*

Meanwhile, this instant appeal involves the bankruptcy court's subsequent final, *"Order Signed On 11/29/2021 (I) Authorizing (A) Release Of Excess Reserve Funds Held In Disputed Claims Reserve And (B) Reimbursement Of Pre-Petition Claim; (II) Closing The Chapter 11 Case; And (III) Granting Related Relief"* (Doc 13408),  and disputes unresolved maters of the Consent Decree Order, and Estimation Order as it relates to resolution of EEOC proof of claim No. 9676,

Thus, if I as Appellant prevail on the pending EEOC Appeal, the associated Consent Decree will be never become effective, and the instant Appeal before this Court involving the Consent Decree Order, and Estimation of resolution of EEOC proof of claim No. 9676, will be directly impacted, and such appellate ruling may very likely either minimize or obviate the need for that Appeal altogether.

Therefore, in the interest of judicial economy and preserving legal resources of the parties, I respectfully request this Honorable Court vacate the current briefing deadline and stay proceedings in this instant Appeal, pending final resolution of the above referenced EEOC Appeal. There have been no previous requests for adjournment or extensions in this matter. Additionally, Appellant has conferred in writing with Appellees' counsel on this motion, but they have not stated whether they consent or object.

Alternatively, if the Court does note grant my above request for temporary Stay/Adjournment, I would a ask it to grant 90-day extension of time to be added to all briefing deadlines this instant matter, extending the Appellant's opening brief deadline to July 22, 2022.

Finally, I would also request that these instant proceedings be stayed pending any decision on this Letter-Motion. The Court's attention to this request is greatly appreciated.

Respectfully Submitted,

*L. M. Meadows*

Lawrence M. Meadows, Pro Se - Appellant

cc: Appellee's Counsel, Alfredo Rey Perez, Esq,