UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :

IN RE AMR CORPORATION          :     22 Civ. 1706 (LGS)

                                                       :     <u>ORDER</u>

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Order dated August 12, 2022, Appellant was directed to file his opening brief by September 12, 2022;

      WHEREAS, Appellant has not filed any brief.  It is hereby

      **ORDERED** that by **September 20, 2022**, Appellant shall file his opening Memorandum of Law.  Failure to comply with this Order will result in dismissal of the appeal.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant.

Dated: September 14, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**