UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
:
:
IN RE AMR CORPORATION              :     22 Civ. 1706 (LGS)
:
:           ORDER
:
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Order dated August 12, 2022, Appellant was directed to file his opening Memorandum of Law by September 12, 2022;

WHEREAS, Appellant did not file his Memorandum of Law by September 12, 2022;

WHEREAS, by Order dated September 14, 2022, Appellant was directed to file his opening Memorandum of Law by September 20, 2022.  The Order advised Appellant that failure to comply with the Order would result in dismissal of the appeal.

WHEREAS, Appellant has not filed his Memorandum of Law.  It is hereby

**ORDERED** that this action is dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to Pro se Appellant and to close the case.

Dated: September 22, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**